Oscar Blandi Salon, Inc. v Joseph E. Marx Co., Inc. (2023 NY Slip Op 01066)

Oscar Blandi Salon, Inc. v Joseph E. Marx Co., Inc.

2023 NY Slip Op 01066

Decided on February 28, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 28, 2023

Before: Kern, J.P., Oing, Kennedy, Mendez, Pitt-Burke, JJ. 

Index No. 153590/22 Appeal No. 17417 Case No. 2022-04919 

[*1]Oscar Blandi Salon, Inc., Plaintiff-Respondent,
v
Joseph E. Marx Company, Inc., Defendant-Appellant.

Rosenberg & Estis, P.C., New York (Michael A. Pensabene of counsel), for appellant.

Appeal from order, Supreme Court, New York County (Paul A. Goetz, J.), entered September 9, 2022, which granted plaintiff's motion for a Yellowstone injunction, unanimously dismissed, without costs, as moot.
This appeal is dismissed as moot, as the underlying action has been discontinued.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 28, 2023